**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 28, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2142

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellee,* | |
| *v.* | No. 02 CR 1085 |
| MAMOUN ALI ARMAN, | Joan Humphrey Lefkow, |
| *Defendant-Appellant.* | *Judge.* |

## O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220 (2005), has limited the guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied with specificity that she would not have imposed the same sentence on Arman at the time of his original sentencing had she known that the Sentencing Guidelines were advisory and not binding.  The defendant did not respond to our invitation to file an argument concerning the appropriate disposition of the appeal in light of the district court's response; however, the United States agrees that the sentence should be vacated and the case remanded for resentencing.  Accordingly, we VACATE Arman's sentence and REMAND to the district court for resentencing.